**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Lawrence S. Walter
United States Bankruptcy Judge

**Dated: October 26, 2009**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   Jill Christina Manahan<br>   Geoffrey Craig Manahan<br><br>                             Debtors | CASE NO: 09-35081<br>        (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

T2XX8X

AGREED ORDER DENYING CONFIRMATION AND ORDERING AMENDED PLAN

This matter is scheduled for hearing on October 22, 2009 upon the Objection to Confirmation filed by the Chapter 13 Trustee on September 29, 2009, and upon agreement of the parties,

IT IS ORDERED that:

1) the objection to confirmation is sustained and confirmation of the August 18, 2009 plan is denied;

2) the Debtors shall have until November 12, 2009 to file an amended plan or the Trustee shall submit a proposed order to the court dismissing this case without further notice or hearing.

IT IS SO ORDERED.

/s/ Jeffrey M. Kellner
───────────────────────────────

Jeffrey M. Kellner 0022205
CHAPTER 13 TRUSTEE
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com


/s/ NEAL WEILL
───────────────────────────────

NEAL WEILL  #0016575
Attorney for Debtors
250 EAST FIFTH STREET
SUITE 1526
CINCINNATI, OH  45202
(513)878-2674   Fax (513)878-2675
email:

Copies To: 09-35081

JEFFREY M. KELLNER  
CHAPTER 13 TRUSTEE  
131 N LUDLOW ST   SUITE 900  
DAYTON, OH  45402-1161

OFFICE OF THE U S TRUSTEE  
170 NORTH HIGH ST  
SUITE 200  
COLUMBUS, OH  43215

Jill Christina Manahan  
Geoffrey Craig Manahan  
6599 Wilder Woods Way  
Mason, OH  45040

NEAL WEILL  
250 EAST FIFTH STREET  
SUITE 1526  
CINCINNATI, OH  45202

(23.1n)  
ASCENSION CAPITAL GROUP INC  
ATTN CAPITAL ONE AUTO FINANCE  
BOX 201347  
ARLINGTON, TX  76006

(22.1n)  
GE MONEY BANK  
%RECOVERY MANAGEMENT SYSTEMS CORP  
ATTN RAMESH SINGH  
25 SE 2ND AVE STE 1120  
MIAMI, FL  33131

0935081_97_20091019_075808_713/T357_jb  
###

# CERTIFICATE OF NOTICE

```
District/off: 0648-3          User: washingj           Page 1 of 1           Date Rcvd: Oct 27, 2009
Case: 09-35081                Form ID: pdf01          Total Noticed: 3
```

The following entities were noticed by first class mail on Oct 29, 2009.
db/jdb     +Jill Christina Manahan,   Geoffrey Craig Manahan,   6599 Wilder Woods Way,   Mason, OH 45040-4113

The following entities were noticed by electronic transmission on Oct 27, 2009.
       +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Oct 28 2009 01:50:01
        Ascension Capital Group Inc,   Attn Capital One Auto Finance,   Box 201347,
        Arlington, TX 76006-1347
       +E-mail/PDF: gecsedi@recoverycorp.com Oct 28 2009 00:20:22     GE Money Bank,
        % Recovery Management Systems Corp,   Attn Ramesh Singh,   25 SE 2nd Ave Ste 1120,
        Miami, FL 33131-1605
                                                                                                TOTAL: 2

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 29, 2009**               **Signature:**    _Joseph Speetjens_