UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON


IN RE:  CASE NO: 09-35081
    (Chapter 13)
    JUDGE: LAWRENCE S. WALTER

Jill Christina Manahan
Geoffrey Craig Manahan

## NOTICE OF RESCHEDULED HEARING

  The CHAPTER 13 TRUSTEE'S OBJECTION, FILED DECEMBER 7, 2009 (DOC. 42), TO CONFIRMATION OF THE NOVEMBER 13, 2009 AMENDED PLAN AND THE OBJECTION, FILED DECEMBER 4, 2009 (DOC. 40), OF PNC BANK TO CONFIRMATION OF DEBTORS' AMENDED CHAPTER 13 PLAN scheduled for December 17, 2009 at 10:00 am has been rescheduled to January 21, 2010 at 10:00 am in WEST COURTROOM, U.S. Bankruptcy Court, 120 W. Third St., Dayton, OH 45402.


/s/ Jeffrey M. Kellner    jb
JEFFREY M. KELLNER  0022205
Chapter 13 Trustee
131 N Ludlow St  Suite 900
Dayton, OH  45402-1161
Phone: (937) 222-7600
Fax: (937) 222-7383
chapter13@dayton13.com

09-35081

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| Jill Christina Manahan | NEAL WEILL | (22.1n) |
| Geoffrey Craig Manahan | 250 EAST FIFTH STREET | GE MONEY BANK |
| 6599 Wilder Woods Way | SUITE 1526 | RECOVERY MANAGEMENT SYSTEMS |
| Mason, OH  45040 | CINCINNATI, OH  45202 | ATTN RAMESH SINGH |
| | | 25 SE 2ND AVE STE 1120 |
| | | MIAMI, FL  33131 |
| (23.1n) | (25.1n) | (26.1n) |
| ASCENSION CAPITAL GROUP INC | BETH M MILLER | THOMAS R MERRY |
| ATTN CAPITAL ONE AUTO FINANCE | 110 POLARIS PARKWAY | BARREN & MERRY CO LPA |
| BOX 201347 | SUITE 302 | 110 POLARIS PARKWAY SUITE 302 |
| ARLINGTON, TX  76006 | WESTERVILLE, OH  43082 | WESTERVILLE, OH  43082 |

0935081_132_1209110015_266/T328_jb
###