UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 09-35081 |
|---|---|
| Jill Christina Manahan | (Chapter 13) |
| Geoffrey Craig Manahan | |
| Debtors | JUDGE LAWRENCE S. WALTER |

## HEARING NOTICE

NOTICE IS HEREBY GIVEN THAT A HEARING WILL BE HELD AT:

U. S. BANKRUPTCY COURT
120 WEST THIRD ST.
DAYTON, OH 45402

WEST COURTROOM            DATE: JANUARY 21, 2010            TIME: 10:00 AM

TO CONSIDER AND ACT ON THE FOLLOWING MATTERS and transact such other business as may properly come before the court:

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

CHAPTER 13 TRUSTEE'S MOTION, FILED DECEMBER 9, 2009 (DOC. 46), TO DISMISS PURSUANT TO 11 U.S.C. §109(e) AND THE DEBTORS' RESPONSE, FILED DECEMBER 16, 2009 (DOC. 49), TO TRUSTEE'S MOTION TO DISMISS

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

/s/ JEFFREY M. KELLNER
JEFFREY M. KELLNER  0022205
Chapter 13 Trustee
131 N Ludlow St   Suite 900
Dayton, OH  45402-1161
Phone:  (937) 222-7600
Fax:  (937) 222-7383
chapter13@dayton13.com

0935081_32_20100104_1305_214/T292_jb
###

# CERTIFICATE OF NOTICE

District/off: 0648-3          User: washingj           Page 1 of 2              Date Rcvd: Jan 05, 2010
Case: 09-35081                Form ID: pdf13           Total Noticed: 35

The following entities were noticed by first class mail on Jan 07, 2010.
```
db/jdb      +Jill Christina Manahan,    Geoffrey Craig Manahan,    6599 Wilder Woods Way,    Mason, OH 45040-4113
12686342    +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
12793872     American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12768433     American Express Travel Related Services Co Inc,    Corp Card,    c/o Becket and Lee LLP,
              POB 3001,    Malvern PA 19355-0701
12995740     CR Evergreen, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
12686343    +Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
12963845    +Capital One Bank (USA), N.A.,    C/O Tsys Debt Management (Tdm),    PO BOX 5155,
              NORCROSS, GA 30091-5155
12686345    +Capital One, N.a.,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
12686346    +Central Mortgage Co/GMAC,    Attention: Bankruptcy Dept.,    1100 Virginia Drive,
              Fort Washington, PA 19034-3204
12686347    +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
12791595    +Chase Student Loan Servicing LLC,    Agent & Attorney-In-Fact For,    Collegiate Funding Service,
              PO Box 523,    Madison MS 39130-0523
12686348    +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
12936925    +Educational Credit Management Corporation,    P. O. Box 75906,    St. Paul, MN 55175-0906
12686349    +GE Capital,    PO Box 3083,    Cedar Rapids, IA 52406-3083
12707667     Green Tree Servicing LLC,    P.O. Box 0049,    Palatine, IL 60055-0049
12686350    +Jpmorgan Chase Bank,    Po Box 523,    Madison, MS 39130-0523
12686352    +Mercy Health Partners,    Patient Accounts,    4600 McAulet Place,    5th Floor,
              Cincinnati OH 45242-4733
12686353    +National City,    Attention: Bankruptcy Department,    6750 Miller Rd,
              Brecksville, OH 44141-3262
12686354    +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
12686355    +PNC,    Business Banking,    201 East Fifth Street,    Cincinnati, OH 45202-4152
12686356    +PNC Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
12962558    +PNC Bank, N.A.,    Bankruptcy Department,    P.O. Box 5229,    Cincinnati, OH 45201-5229
13078853    +PNC Bank, National Association,    c/o Thomas R. Merry, Esq.,    Barren & Merry Co., L.P.A.,
              110 Polaris Pkwy,. Ste.302,    Westerville, OH 43082-7054
12839570    +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    POB 41067,
              NORFOLK VA 23541-1067
12686358     Pnc Bank - Delaware,    Po Box 1366,    Pittsburgh, PA 15230-1366
12686357    +Pnc Bank - Delaware,    Po Box 6371,    Fargo, ND 58125-6371
12686359    +Wfnnb/ann Taylor,    Po Box 182273,    Columbus, OH 43218-2273
```
The following entities were noticed by electronic transmission on Jan 05, 2010.
```
cr          +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jan 05 2010 23:27:51
              Capital One Auto Finance,    P.O. BOX 201347,    ARLINGTON, TX 76006-1347
cr          +E-mail/PDF: rmscedi@recoverycorp.com Jan 05 2010 21:57:22
              Recovery Management Systems Corporation,    25 SE 2nd Avenue, Suite 1120,    Miami, Fl 33131-1605
12686344    +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM
              Capital One Auto Finance,    3901 N Dallas Pkwy,    Plano, TX 75093-7864
12760334    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jan 05 2010 23:27:51
              Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
              Arlington, TX 76006-1347
12707668     E-mail/PDF: gecsedi@recoverycorp.com Jan 05 2010 21:11:49     Green Tree Servicing LLC,
              P.O. Box 6154,    Rapid City, SD 57709-6154
12686351    +E-mail/PDF: cr-bankruptcy@kohls.com Jan 05 2010 21:11:55     Kohls,    Attn: Recovery,
              Po Box 3120,    Milwaukee, WI 53201-3120
12763497     E-mail/PDF: rmscedi@recoverycorp.com Jan 05 2010 21:57:22
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
12812893     E-mail/PDF: BNCEmails@blinellc.com Jan 05 2010 21:41:58     Roundup Funding, LLC,    MS 550,
              PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           PNC Bank National Association
cr*         +Educational Credit Management Corporation,    PO Box 75906,    St Paul, MN 55175-0906
                                                                                              TOTALS: 1, * 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 07, 2010**　　　　　　　　　　　　**Signature:** _/s/ Joseph Speetjens_